## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

James L. Carroll
Attorney at Law
P. O. Box 1619
Columbia LA 71418

### REHEARING ACTION: March 10, 2010

**Docket Number: 09   00969-CA**

**IN RE:  SUCCESSION OF DONALD CLAY SMITH**

**Appealed from LaSalle Parish Case No. 35,828**

**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. John D. Saunders**
> **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Clayton Donnell Barnhill** has this day been

> **DENIED.**

cc: Walter Evans Dorroh  Jr., Counsel for the Appellee